UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CIV-61238-SCOLA-ROSENBAUM

TODD DEEHL, Derivatively on Behalf of )
MAKO SURGICAL CORP., )
)
         Plaintiff, )
)
vs. )
)
MAURICE R. FERRÉ, FRITZ L. )
LAPORTE, CHRISTOPHER C. DEWEY, )
S. MORRY BLUMENFELD, CHARLES )
W. FEDERICO, FREDERIC H. MOLL, )
WILLIAM D. PRUITT, JOHN G. )
FREUND, JOHN J. SAVARESE, and )
RICHARD R. PETTINGILL, )
)
         Defendants, )
-and- )
)
MAKO SURGICAL CORP., a Delaware )
corporation, )
)
         Nominal Defendant. )
)

## NOTICE OF SIMILAR ACTION

In accordance with Local Rule 3.8, Defendants Maurice R. Ferré, Fritz L. LaPorte, Christopher C. Dewey, S. Morry Blumenfeld, Charles W. Federico, Frederic H. Moll, William D. Pruitt, John G. Freund, John J. Savarese and Richard R. Pettingill notify the Court of a similar action pending before another judge of this Court. The case of *James Harrison v. MAKO Surgical Corp. et al.,* Case No. 12-CIV-60875-COHN-SELTZER (S.D. Fla.) was filed more than one month before this action was filed, and was assigned to District Judge Cohn. The *Harrison* action purports to be a class action seeking damages arising from alleged violations of the Securities Exchange Act of 1934. The *Harrison* action and the instant action arise from the same nucleus of facts, have overlapping parties, and have many of the same factual allegations.

Because Judge Cohn is presiding over the first-filed *Harrison* action, Defendants request that this action be transferred to Judge Cohn's docket pursuant to the Court's Internal Operating Procedures. *See* S.D. Fla. IOP 2.15.00(c) (authorizing judges in the Southern District of Florida to transfer similar actions involving "subject matter which is a material part of the subject matter of another action").

Dated:  July 10, 2012	By:  /s/Tracy Nichols
		Tracy Nichols (FBN 454567)
		tracy.nichols@hklaw.com
		Louise McAlpin (FBN 983810)
		louise.mcalpin@hklaw.com
		Stephen Warren (FBN 788171)
		stephen.warren@hklaw.com
		**HOLLAND & KNIGHT LLP**
		701 Brickell Avenue, Suite 3000
		Miami, Florida 33131
		Tel:  (305) 374-8500
		Fax:  (305) 789-7799

		*Counsel for Defendants Maurice R. Ferré, Fritz L. LaPorte, Christopher C. Dewey, S. Morry Blumenfeld, Charles W. Federico, Frederic H. Moll, William D. Pruitt, John G. Freund, John J. Savarese and Richard R. Pettingill*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2012, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail as designated below.

By: /s/ Stephen P. Warren
Stephen P. Warren


Eric Lee (CM/ECF)
**LEE & AMTZIS, P.L.**
5550 Glades Road, Suite 401
Boca Raton, FL 33431

Brian J. Robbins (U.S. mail)
Craig W. Smith (U.S. mail)
Gina Stassi (U.S. mail)
Kevin S. Kim (U.S. mail)
**ROBBINS UMEDA LLP**
600 B Street, Suite 1900
San Diego, CA 92101

Richard A. Maniskas (U.S. mail)
**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Suite 311
Wayne, PA 19087