UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 12-CIV-61238-SCOLA/OTAZO-REYES

TODD DEEHL, Derivatively on Behalf of
MAKO SURGICAL CORP.,

           Plaintiff,

  v.

MAURICE R. FERRÉ, FRITZ L.
LAPORTE, CHRISTOPHER C. DEWEY,
S. MORRY BLUMENFELD, CHARLES
W. FEDERICO, FREDERIC H. MOLL,
WILLIAM D. PRUITT, JOHN G.
FREUND, JOHN J. SAVARESE, and
RICHARD R. PETTINGILL,

           Defendants,
  -and-

MAKO SURGICAL CORP., a Delaware
corporation,

           Nominal Defendant.

## NOTICE OF RELATED ACTIONS

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

      PLEASE TAKE NOTICE that pursuant to Local Rule 3.8, plaintiff Todd Deehl informs the Court that his complaint filed in the above-captioned action is related to the following actions currently pending in the following federal court:

      *Harrison v. MAKO Surgical Corporation, et al.*, Case No. 1:12-cv-60875-JIC, filed May 10, 2012, in the United States District Court for the Southern District of Florida;

      *Parker v. MAKO Surgical Corporation, et al.*, Case No. 1:12-cv-60954-JIC, filed May 18, 2012, in the United States District Court for the Southern District of Florida (collectively with the *Harrison* action, the "Securities Actions"); and

CASE NO. 12-CIV-61238-SCOLA/OTAZO-REYES

*Bardagy v. Ferré, et al.*, Case No. 1:12-cv-61380-RNS, filed July 13, 2012, in the United States District Court for the Southern District of Florida (the "Derivative Action").

The above-captioned action, the Securities Actions, and the Derivative Action are reasonably related in that they have at least one party in common and have common questions of law and fact.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: July 20, 2012  
      Boca Raton, Florida

Respectfully submitted,

_____  
ERIC LEE (Bar No. 961299)  
lee@leeamlaw.com  
Lee & Amtzis, P.L.  
5550 Glades Road, Suite 401  
Boca Raton, FL  33431  
Telephone:  (561) 981-9988  
Facsimile:  (561) 981-9980

and

CASE NO. 12-CIV-61238-SCOLA/OTAZO-REYES

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
GINA STASSI
KEVIN S. KIM
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
csmith@robbinsumeda.com
gstassi@robbinsumeda.com
kkim@robbinsumeda.com

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582
rmaniskas@rmclasslaw.com

**Attorneys for Plaintiff**

CASE NO. 12-CIV-61238-SCOLA/OTAZO-REYES

## SERVICE LIST

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
GINA STASSI
KEVIN S. KIM
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email:  brobbins@robbinsumeda.com
csmith@robbinsumeda.com
gstassi@robbinsumeda.com
kkim@robbinsumeda.com

*Counsel for Plaintiff*

LEE & AMTZIS, P.L.
ERIC LEE
5550 Glades Road , Suite 401
Boca Raton, FL 33431
Telephone: (561) 981-9988
Facsimile: (561) 981-9980
Email: lee@leeamlaw.com

HOLLAND & KNIGHT
LOUISE MCALPIN
STEPHEN PATRICK WARREN
TRACY ANN NICHOLS
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone:  (305) 789-7715
Facsimile: (305) 789-7799
Email: louise.mcalpin@hklaw.com
stephen.warren@hklaw.com
tracy.nichols@hklaw.com

*Counsel  for Defendants*