UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61238-CIV-COHN/SELTZER

TODD DEEHL, Derivatively on Behalf of
MAKO SURGICAL CORP.,

        Plaintiff,

v.

MAURICE R. FERRE, FRITZ L.
LAPORTE, CHRISTOPHER C. DEWEY,
S. MORRY BLUMENFELD, CHARLES W.
FEDERICO, FREDERICK H. MOLL,
WILLIAM D. PRUIT, JOHN G. FREUND,
JOHN J. SAVARESE, and
RICHARD R. PETTINGILL,

        Defendants,

MAKO SURGICAL CORP.,

        Nominal Defendant.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court on the Scheduling Conference held on August 3, 2012, before the undersigned. Trial in this cause is set for the two-week trial period commencing March 25, 2013. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| | |
|---|---|
| Parties Exchange Rule 26(a) Disclosures | October 19, 2012 |
| Joinder of Parties and Amendment of Pleadings | December 7, 2012 |

| | |
|---|---|
| Fact Discovery Completed | January 4, 2012 |
| Expert Discovery Completed | January 11, 2013 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | January 18, 2013 |
| Mediation Completed | February 22, 2013 |
| Motions in Limine | March 8, 2013 |
| Responses to Motions in Limine, Joint Pretrial Stipulation, and Designation of Deposition Excerpts for Trial | March 18, 2013 |
| Submission of Voir Dire Questions and Objections to Deposition Designations[1] | Day of Calendar Call (March 21, 2013) |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 3rd day of August 2012.

BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record and
unrepresented parties

---

[1] Prior to the filing of any objections to deposition designations, the parties must confer in an effort to reduce or eliminate these objections.